9

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

~~United States District Court~~
~~Southern District of Texas~~
ENTERED

SEP 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| EFRAIN GONZALES | § § § | |
| versus | § § | CIVIL ACTION: B: 00-80 |
| | § § | |
| HYGEIA DAIRY COMPANY | § | |

# Order Resetting Conference

The intial pre-trial conference set for *October 12, 2000,* has been reset to:

## October 16, 2000 at 2:15 p.m.

Signed on _September 13_, 2000 at Brownsville, Texas.

*/s/ Hilda Tagle*
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com