10

United States District Court
Southern District of ...
ENTERED

SEP 28 2000

Michael N. Milby, Clerk
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Gonzalez, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-00-80 |
| F Street Investments, f/k/a Hygeia Dairy Company, et al., | § § § § | |
| Defendants. | § | |

## ORDER OF REFERRAL

BE IT REMEMBERED that on September 27, 2000 the Court **GRANTED** Defendant Southern Foods Group, L.P.'s Motion for Order Referring Case to Bankruptcy Court [Dkt. No. 3] and Joinder of Debtor F Street Investments, Inc. in Defendant Southern Food Croup, L.P.'s Motion for Order Referring Case to Bankruptcy Court and Rule 9027(e)(3) Notice [Dkt. No. 5].

The Bankruptcy Court for the Southern District of Texas may properly resolve pretrial interlocutory questions. See In re Adelphi Inst., Inc., 112 B.R. 534, 537-38 (S.D.N.Y. 1990); In re Colbert, 117 B.R. 51, 54 (Bankr. D. Conn. 1990). Once a case is referred to the Bankruptcy Court, dispositive motions can be decided by this Court based on the Bankruptcy Court's proposed findings of fact and conclusions of law.[1] See In re West Coast Video Enterprises, Inc., 145 B.R. 484, 489 (E.D. Pa. 1992). If this lawsuit proceeds to trial, this Court can then withdraw its reference. See Business Communications, Inc. v. Freeman, 129 B.R. 165, 166 (N.D. Ill. 1991). In conclusion, this

---

[1] The Standing Order of Reference of Bankruptcy Cases And Proceedings Nunc Pro Tunc issued on August 9, 1984 by the Chief Judge of the Southern District states that "all personal injury tort and wrongful death claims arising in or related to a case under Title 11 pending in this court shall be tried in, or as determined by, this court and shall not be referred by this order." Notably, the Standing Order of Reference refers to trial, and not to pre-trial matters.

1

case is hereby **REFERRED** to the Bankruptcy Court for the Southern District of Texas for all pre-trial proceedings.

DONE at Brownsville, Texas, this _28th_ day of September 2000.

*Hilda Tagle*
Hilda G. Tagle
United States District Judge